IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CT-3042-F

| | |
|---|---|
| HOWARD DUFFIS CLAUDIO )<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GEO GROUP, INC., et al )<br>Defendants. ) | **ORDER EXTENDING TIME** |

It is hereby ordered that the GEO Defendants' Motion to Extend the Discovery Period is GRANTED.

The Order on Scheduling is hereby amended and the deadline for conducting discovery and for filing motions is extended 61 days, through and including July 5, 2011.

This 26th day of April, 2011.

WILLIAM A. WEBB
US MAGISTRATE JUDGE